# United States Navy–Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Royce P. Damian**
Logistics Specialist Second Class (E-5), U.S. Navy
Appellant

**No. 201800321**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 8 February 2019.

Military Judge:
Commander Hayes Larsen, JAGC, USN.

Sentence adjudged 3 July 2018 by a general court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 13 months, and a bad-conduct discharge.

For Appellant:
_Captain W. Scott Laragy, JAGC, USN._

For Appellee:
_Brian K. Keller, Esq._

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

Before HUTCHISON, LAWRENCE, and ATTANASIO
_Appellate Military Judges._

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court